# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 29 PM 4:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

ALEX DOMINGUEZ,

vs

FOUR WINDS INTERNATIONAL CORPORATION,

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 388 · L LSP**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 N. TUSTIN AVE.
SANTA ANA, CA 92705

Tel: (714) 516-2700

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

FEB 29 2008
DATE

By  J. HINKLE , Deputy Clerk

Summons in a Civil Action                                                           Page 1 of 2



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)