1  J. RANDOLPH HUSTON (SBN 40044)
   JOHN S. WARD (SBN 126456)
2  WALKER, WRIGHT, TYLER & WARD
   626 Wilshire Boulevard, Suite 900
3  Los Angeles, California 90017
   Tel: (213) 629-3571
4  Fax: (213) 623-5160
   E-mail: jsw@wwtwlaw.com
5
   Attorneys for Defendant FOUR WINDS INTERNATIONAL
6  CORPORATION

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10  ALEX DOMINGUEZ,                )   CASE NO. 08 CV 388-L LSP
                                   )
11              Plaintiff,         )   CERTIFICATION AND NOTICE OF
                                   )   INTERESTED PARTIES
12       vs.                       )
                                   )
13  FOUR WINDS INTERNATIONAL       )
    CORPORATION,                   )
14                                 )
                Defendant.         )
15  _____ )

16  TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

17      The undersigned, counsel of record for Defendant Four Winds International

18  Corporation is informed and believes and therefore certifies that the following listed

19  parties have a direct, pecuniary interest in the outcome of this case. These

20  representations are made to enable the Court to evaluate possible disqualification or

21  recusal.

22      PARTY                                    CONNECTION

23      Four Winds International Corporation     Defendant

24      Thor Industries, Inc.                    Parent Company

25  Dated: April 1, 2008                         WALKER, WRIGHT, TYLER & WARD

26
                                                 By: _____
27                                                    John S. Ward
                                                 Attorneys for Defendant FOUR WINDS
28                                               INTERNATIONAL CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            ) : ss
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 626 Wilshire Boulevard, Suite 900, Los Angeles, California 90017.

On April 1, 2008, I served the following documents described as ANSWER OF FOUR WINDS INTERNATIONAL CORPORATION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES on the interested parties to this action by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

<u>Attorneys for Plaintiff</u>

Michael E. Lindsey
Law Office of Michael E. Lindsey
4455 Morena Boulevard, Suite 207
San Diego, CA 92117-4325

Anderson Law Firm
Martin W. Anderson
2070 North Tustin Avenue
Santa Ana, CA 92705

I deposited such envelope in the mail at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 1, 2008, at Los Angeles, California.

_____
Elizabeth Ball