Michael E. Lindsey
Attorney at Law
State Bar No. 99044
4455 Morena Blvd., Ste. 207
San Diego, California 92117-4325
(858) 270-7000

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX DOMINGUEZ, an individual, CHRISTIE DOMINGUEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FOUR WINDS INTERNATIONAL CORPORATION, a business entity form unknown, and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 08-CV-388-L (LSP)<br><br>NOTICE OF APPEARANCE<br><br><br><br><br><br><br><br><br><br>JUDGE: Hon. Leo S. Papas |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT attorney Michael E. Lindsey hereby appears on behalf of the Plaintiff in the above-entitled action. This notice is filed in order to link attorney Lindsey's CM/ECF account to receive notice of filings in the action.

April 9, 2008

//S//_____
Michael E. Lindsey
Attorney for Plaintiffs

1

<u>PROOF OF SERVICE BY MAIL</u>
(Sections 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF SAN DIEGO )

     I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 4455 Morena Blvd., Ste. 207, San Diego, California 92117-4325.

     On the date shown below, I served the foregoing document described as:

NOTICE OF APPEARANCE
Dominguez v. Four Winds, Case No. 08-CV-388-L (LSP)

to the interested parties in this action by mail at San Diego, California addressed as follows:

John S. Ward
Walker, Wright, Tyler, & Ward
626 Wilshire Blvd., Ste. 900
Los Angeles, CA, 90017-3209

[X]  (**BY EFILE**) The above document was served on the interested party named above by electronic means via Efile.

[ ]  (**BY PERSONAL SERVICE**) I caused to be delivered such envelope by hand to the addressee.

[ ]  (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (**FEDERAL**] I declare that I am a member of the bar of this court.

     Executed on April 9, 2008, at San Diego, California.

                                                 //S//_____
                                                  Michael E. Lindsey