

**Dominguez**  08cv388-L (LSP)

-v-

**Four Winds International Corporation**

# STRICKEN DOCUMENT

**8-Ex Parte Motion for Discovery Order**

**8**