1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX DOMINGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>FOUR WINDS INTERNATIONAL CORP.,<br><br>        Defendant. | Civil No. 08CV388-L(LSP)<br><br>ORDER SETTING RULE 26<br>COMPLIANCE AND NOTICE OF CASE<br>MANAGEMENT CONFERENCE |

Settlement of the case can not be reached at this time. Therefore, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2. The Rule 26(f) conference shall be completed before <u>July 17, 2008</u>;

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before <u>July 31, 2008</u>;

/ /

1

    4.   A discovery plan shall be <u>lodged</u> with Magistrate Judge Papas on or before <u>July 31, 2008</u>; and,

    5.   A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on <u>August 11, 2008</u>, at <u>8:30 a.m.</u>, in the chambers of Magistrate Judge Leo S. Papas. Counsel may participate by telephone conference call. The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: June 19, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge