J. RANDOLPH HUSTON (SBN 40044)
JOHN S. WARD (SBN 126456)
WALKER, WRIGHT, TYLER & WARD
626 Wilshire Boulevard, Suite 900
Los Angeles, California 90017
Tel: (213) 629-3571
Fax: (213) 623-5160
E-mail: jsw@wwtwlaw.com

Attorneys for Defendant FOUR WINDS INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX DOMINGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>FOUR WINDS INTERNATIONAL CORPORATION,<br><br>    Defendant. | CASE NO. 08 CV 388-L LSP<br><br>DECLARATION OF JOHN S. WARD REGARDING JOINT DISCOVERY PLAN<br><br>Case Management Conference:<br>August 11, 2008 |

I, John S. Ward, hereby declare:

1. I am an attorney licensed to practice before this court, and am attorney of record for defendant Four Winds International Corporation. I make this declaration of my own personal knowledge and, if called upon to testify, could and would competently testify thereto.

2. Plaintiff's counsel and I have been unable to agree on the Joint Discovery Plan, which was due to be filed on July 31, 2008. Attached as Exhibit 1 is the text of the draft which Mr. Anderson described as the "final version," in an email at 2:55 p.m. on July 30, 2008. I responded at 4:50 p.m. with a "Reply" to the section entitled "Plaintiff's Response to Defendant's Statement." The reply portion is in italics at pages 5 and 6. This reply did not introduce new matters, but only addressed cases cited and arguments inserted by plaintiff, for the first time, in the

"final version." Plaintiff's Response and Defendant's Reply sections should be irrelevant to the purpose of the Joint Discovery Plan and the Case Management Conference. However, the extensive argument and citations presented by plaintiff suggested that he sought a determination on the merits of the issue at the CMC, so I needed to clarify the facts and authorities, and correct a mis-quote of a Supreme Court decision.

3.   On July 31, 2008, there ensued a series of e-mails and new drafts from Mr. Anderson containing new proposed revisions. The latest draft was received at 3:43 p.m., which contained a brand new plaintiff's section with accusations against me personally. I could not sign such a document without responding thereto, but also could not engage in an endless series of e-mails and revisions.

4.   The problematic issue is whether this court should, at the Case Management Conference, discuss the issue of whether Christy Dominguez, the co-owner of the motor home, should be added as a plaintiff. "Defendant's Summary" at pages 2-3, mentions this issue as one of several that the court may wish to consider. Defendant believes that the possible addition of new parties is a proper subject for discussion at the CMC. This is not a complex case, and this issue could be resolved informally, without further delay and expense. This court may decide to resolve the issue sua sponte, direct plaintiff to amend the complaint to comply with Rule 19(c), direct defendant to file a motion for joinder, or propose another solution. I did not expect the Joint Discovery Plan to substitute for a motion, but did believe the court should be aware of the issue.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 1st day of August, 2008.

/s/
John S. Ward