## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DOMINGUEZ    v. FOUR WINDS INTERNATIONAL              No. 08CV388-L(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER JARABEK    Rptr. _____

                              Attorneys
   Plaintiffs                                              Defendants

_____                                   _____
_____                                   _____
_____                                   _____

The date and time of the telephonic Case Management Conference on August 11, 2008, at 8:30 a.m. is vacated and reset for August 18, 2008, at 10 a.m.

  X    Copies to: Counsel of Record          ____ Notified by Telephone

DATED: August 5, 2008

                                            _____
                                            Hon. Leo S. Papas
                                            U.S. Magistrate Judge