1  J. RANDOLPH HUSTON (SBN 40044)
   JOHN S. WARD (SBN 126456)
2  WALKER, WRIGHT, TYLER & WARD
   626 Wilshire Boulevard, Suite 900
3  Los Angeles, California 90017
   Tel: (213) 629-3571
4  Fax: (213) 623-5160
   E-mail: jsw@wwtwlaw.com
5
   Attorneys for Defendant FOUR WINDS INTERNATIONAL
6  CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  ALEX DOMINGUEZ,                  )    CASE NO. 08 CV 388-L LSP
                                     )
12              Plaintiff,           )
                                     )
13       vs.                         )    CERTIFICATE OF SERVICE
                                     )
14  FOUR WINDS INTERNATIONAL )
    CORPORATION,                     )
15                                   )
                Defendant.           )
16  _____ )

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )
                             ) : ss

COUNTY OF LOS ANGELES    )

       I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 626 Wilshire Boulevard, Suite 900, Los Angeles, California 90017.

       On August 1, 2008, I served the document entitled DECLARATION OF JOHN S. WARD REGARDING JOINT DISCOVERY PLAN; JOINT DISCOVERY PLAN [unsigned]
by the Notice of Electronic Filing pursuant to the Rules of this court.

       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

       Executed on August 4, 2008, at Los Angeles, California.


/s/ John S. Ward

1

<u>SERVICE LIST</u>

2

3   <u>Attorneys for Plaintiff</u>

4   Michael E. Lindsey
    Law Office of Michael E. Lindsey
5   4455 Morena Boulevard, Suite 207
    San Diego, CA 92117-4325
6
    Anderson Law Firm
7   Martin W. Anderson
    2070 North Tustin Avenue
8   Santa Ana, CA 92705

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28